**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                                                 **CRIMINAL ACTION NO. 1:05CR81**

**GARY TAYLOR**

## ORDER

This cause is before the Court on the defendant's Motion to Continue Trial [21]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for February 12, 2007. Taylor's counsel avers that she has recently returned to work following a surgical procedure and that she is in need of a continuance in order to fully investigate the case and to explore the possibility of a plea agreement. The government does not oppose the requested continuance. Based on the foregoing, the Court finds that the motion is well-taken and should be granted.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from February 12, 2007 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to ensure afford defense counsel an adequate opportunity to prepare for trial and/or to negotiate a plea agreement which would obviate the need for a trial. Therefore, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. The defendant's Motion to Continue Trial [21] is GRANTED;

2. That the trial of this matter is continued until Monday, March 19, 2007 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi;

3. That the delay from February 12, 2007 until March 19, 2007 is excluded as set out above;

4. That the deadline for filing pretrial motions is February 26, 2007;

5. That the deadline for submitting a plea agreement is March 5, 2007.

SO ORDERED, this the 10th day of January, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE